UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-23638-GAYLES

**PAOLA BONET,**
    Plaintiff,
v.

**THE BUILDING CREW, INC., et al.,**
    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE

**THIS CAUSE** comes before the Court on the parties' Joint Motion to Approve Settlement and Dismiss with Prejudice [ECF No. 38]. Having reviewed the Settlement Agreement and Mutual General Release (the "Settlement Agreement") between the parties, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Settlement Agreement is **APPROVED** and this action is **DISMISSED WITH PREJUDICE**. The parties have agreed to the resolution of attorney's fees and costs. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of January, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE